Decided September 20, 1994

GLASTONBURY EDUCATION ASSOCIATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

MARILYN CAMPBELL, COMMISSIONER OF EDUCATION, ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The petition of the defendant Freedom of Information Commission for certification for appeal from the Appellate Court, 35 Conn. App. 111 (AC 12493), is granted, limited to the following issue:

"Do binding interest arbitration proceedings conducted pursuant to General Statutes §§ 10-153a through 10-153n fall within the exemption from public disclosure contained in General Statutes § 1-18a (b)?"

The Supreme Court docket number is SC 15049.

*Colleen M. Murphy,* commission counsel, in support of the petition.

*William J. Dolan, Martha M. Watts,* assistant attorney general, and *Ralph E. Urban,* assistant attorney general, in opposition.

Decided September 20, 1994